# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>EMILIO COTA-ORTIZ (1),<br><br>       Defendant. | Criminal Case No. 10CR2797-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

  GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Emilio Cota-Ortiz is **dismissed without prejudice** solely for reasons related to the mental condition of the defendant. The defendant is hereby discharged.

  IT IS SO ORDERED.


DATED: January 25, 2012

*/s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

10CR2797-H